UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
EQUAL VOTE AMERICA CORP. and         :
LEWIS Y. LIU,                        :
                                     :    19cv8178 (DLC)
                    Plaintiffs,      :
                                     :    ORDER
          -v-                        :
                                     :
MITCH McCONNELL in the capacity of   :
Senate Majority Leader and           :
CHARLES GRASSLEY in the capacity of  :
Chairman of the Senate Judicial      :
Committee,                           :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

DENISE COTE, District Judge:

After plaintiffs' counsel failed to demonstrate that service was effectuated in accordance with Rule 4(i)(2), Fed. R. Civ. P., an Order of November 18, 2019, ordered plaintiffs to show cause why this case should not be dismissed for failure to prosecute. On November 21, plaintiffs' counsel filed a letter with this Court, which did not demonstrate that service had been effectuated in accordance with Rule 4(i)(2) or explain plaintiffs' failure to demonstrate that they had properly served process. It is hereby

ORDERED that this case is dismissed without prejudice for failure to demonstrate that service was properly effectuated.

Dated: New York, New York
December 3, 2019

                                       _____
                                                 DENISE COTE
                                   United States District Judge